UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of GORSOAN LIMITED and GAZPROMBANK OJSC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | No. 13-mc-397<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

The Clerk of Court is respectfully directed to convert this miscellaneous matter into a new civil case, issue a new civil case number, and assign the case to my docket. IT IS HEREBY ORDERED THAT the civil filing fee is waived.

SO ORDERED.

Dated:   August 4, 2017
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE