EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

**In re Application of GORSOAN LIMITED and GAZPROMBANK OJSC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.**

Case No.: 17-cv-5912
ECF Case

---------------------------------------------------X

# DECLARATION OF CAROLINE DONOVAN
# FOR GORSOAN'S ATTORNEYS' FEES AND COSTS

I, Caroline S. Donovan, an attorney duly admitted to practice *pro hac vice* before this Court hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with the law firm Foley Hoag LLP, and one of the attorneys for Petitioners Gorsoan Limited ("Gorsoan Ltd.") and Gazprombank OJSC ("Gazprombank" and with Gorsoan Ltd., "Gorsoan").

2. I submit this declaration in connection with the hearing held on April 17, 2018, at which the Court directed that Respondent Janna Bullock ("Bullock") "should be sanctioned for the cost of the deposition, the cost of these proceedings today, and the correspondence that led up to today." Dkt. No. 37, Apr. 17, 2018 Tr. 56:22-24.

3. All attorney time was recorded on a contemporaneous basis. At all times relevant to the work addressed in this declaration, my hourly billing rate was $530,[1] Kenneth Leonetti's was $780, and Thomas Bevilacqua's was $540. Contemporaneous time entries for the relevant activities are included here as Exhibit 1.

---

[1] In its December 23, 2016 order concerning an earlier motion for fees and costs by Gorsoan, the Court exercised its discretion and applied an hourly rate of $450 for Ms. Donovan's time. Dkt. No. 86. Given those proceedings occurred approximately 1.5 years ago, Gorsoan respectfully requests that Ms. Donovan's $530 rate be applied.

4.  <u>Fees and costs in connection with the February 6, 2018 deposition</u>: Between February 1 and February 5, 2018, I spent 11.1 hours preparing for the deposition of Ms. Bullock. On February 6, 2018, I spent 10.8 hours preparing for, taking, and following-up to the deposition of Ms. Bullock. My fees in connection with the deposition were $ 11,607. In addition, Gorsoan incurred costs in connection with the court reporter and videographer of $2,215.80 and $1,345, respectively, totaling $3,560.80, which invoices are included as Exhibits 2 and 3. The total fees and costs in connection with the deposition are $ 15,167.80. *See* Ex. 1.

5.  <u>Fees and costs in connection with the April 17, 2018 hearing</u>: On April 15, 2018, I spent 4.3 hours preparing for the hearing scheduled for April 17, 2018. On April 17, 2018, I spent 7.1 hour preparing for, attending, and following-up to the hearing before this Court. My fees in connection with the hearing were $ 6,042. *See* Ex. 1.

6.  <u>Fees and costs in connection with the correspondence prior to the hearing on April 17, 2018</u>: Between February 7 and February 8, 2018, I spent 2.7 hours in follow-up to the deposition, conferring internal and with opposing counsel and drafting a letter to the Court (Dkt. No. 19) concerning the suspended deposition. Between February 22 and February 23, 2018, I spent 2.1 hours drafting a letter to the Court (Dkt. No. 21) in follow-up to the suspended deposition, including conference with opposing counsel. On March 8 and March 9, 2018, I spent 2.4 hours drafting a subsequent letter to the Court (Dkt. No. 23), including conference with opposing counsel. Between March 25 and March 28, 2018, I spent 5.1 hours drafting a subsequent letter to the Court (Dkt. No. 25), including conference with opposing counsel. My total fees in connection with that correspondence is $ 6,519. *See* Ex. 1.

7.  Between February to present, Mr. Leonetti spent 7.4 hours advising and conferring on the deposition of Ms. Bullock and the follow-up thereto. Mr. Bevilacqua spent 1.7

B4837368.2

hours in connection with the March 30, 2018 letter to the Court (Dkt. No. 25). Mr. Leonetti's total fees were $ 5,772 and Mr. Bevilacqua's were $ 918. *See* Ex. 1.

8. Gorsoan also incurred attorneys' fees in connection with Ms. Bullock's earlier failure to attend the deposition scheduled for November 21, 2017, including 6.6 hours of my time on December 1, 2017, when I attended and prepared for the December 1 hearing before this Court. My fees in connection with the hearing were $ 3,498. *See* Ex. 1.

9. Since the April 17, 2018 hearing, Gorsoan has continued to incur attorneys' fees and costs in connection with the resolution of this matter, which will be the subject of a separate, later request.

I declare pursuant to 28 U.S.C. § 1746 under the pains and penalties of perjury that the foregoing is true and correct.

                                            ___*/s/ Caroline S. Donovan*_____
                                                Caroline S. Donovan

DATED: May 21, 2018
             Boston, Massachusetts

# **CERTIFICATE OF SERVICE**

   I, Caroline S. Donovan, hereby certify that on May 21, 2018, I caused a true copy of the foregoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


Dated: May 21, 2018          */s/ Caroline S. Donovan*
                   Caroline S. Donovan

**EXHIBIT 1**

| Work Date | Attorney | Narrative | Hours | Fees |
|---|---|---|---|---|
| 12/01/17 | Donovan | Prepared for and attended hearing. | 6.6 | 3,498.00 |
| 02/01/18 | Donovan | Prepare for deposition of J. Bullock. | 1.0 | 530.00 |
| 02/05/18 | Donovan | Preparing for deposition of J. Bullock. | 10.1 | 5,353.00 |
| 02/06/18 | Donovan | Preparing for, taking, and following-up to the deposition of J. Bullock. | 10.8 | 5,724.00 |
| 02/07/18 | Donovan | Electronic correspondence to I. Urzhumov and K. Leonetti regarding follow-up to deposition; teleconference with M. Tremonte regarding status update; draft joint letter to the Court and electronic correspondence to opposing counsel for review; draft summary of deposition, and electronic correspondence to I. Urzhumov conveying same. | 1.8 | 954.00 |
| 02/08/18 | Donovan | Electronic correspondence and teleconference with M. Cuccaro and M. Tremonte regarding letter to the Court. | 0.9 | 477.00 |
| 02/22/18 | Donovan | Draft letter to opposing counsel concerning suspended deposition. | .9 | 477.00 |

B4837743.1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/18 | Donovan | Draft joint letter to the Court and electronic correspondence with opposing counsel concerning negotiation and finalization of same for filing. | 1.2 | 636.00 |
| 03/08/18 | Donovan | Drafting joint letter to the Court and electronic correspondence conveying same to K. Leonetti, I. Urzhumov, and M. Stewart with follow-up including correspondence to opposing counsel; teleconference with I. Urzhumov regarding matter developments. | 2.1 | 1,113.00 |
| 03/09/18 | Donovan | Electronic correspondence with M. Tremonte concerning joint letter, and finalize and file same. | 0.3 | 159.00 |
| 03/25/18 | Donovan | Draft discovery dispute letter brief, and electronic correspondence concerning same with K. Leonetti and I. Urzhumov. | 2.8 | 1,484.00 |
| 03/28/18 | Donovan | Revise discovery dispute letter, including review of deposition. | 2.3 | 1,113.00 |
| 04/15/18 | Donovan | Prepare for 4/17 hearing. | 4.3 | 2,279.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/17/18 | Donovan | Hearing before J. Sullivan, and preparation for and follow-up to same. | 7.1 | 3,763.00 |
| | | **Total** | **52.2** | **27,560.00** |

| Work Date | Attorney | Narrative | Hours | Fees |
|---|---|---|---|---|
| 02/06/18 | Leonetti | Email exchanges and telephone conferences with C. Donovan regarding issues from J. Bullock deposition. | 0.5 | 390.00 |
| 02/07/18 | Leonetti | Conference with C. Donovan regarding next steps following J. Bullock deposition; email exchanges with C. Donovan and I. Urzhumov regarding same; review and revising letter to court regarding report on J. Bullock deposition. | 0.7 | 546.00 |
| 02/08/18 | Leonetti | Email exchanges with C. Donovan regarding J. Bullock revisions to joint report to Court. | 0.2 | 156.00 |
| 02/22/18 | Leonetti | Review and revising letter to M. Tremonte regarding J. Bullock discovery deficiencies; conference with C. Donovan regarding same. | 0.4 | 312.00 |
| 02/23/18 | Leonetti | Review and revising letter to court regarding status of discovery; conferences with C. Donovan regarding same. | 0.7 | 546.00 |
| 02/28/18 | Leonetti | Conferences with C. Donovan regarding results of call with J. Bullock's lawyer regarding production of additional documents and suggested strategy for dealing with same. | 0.5 | 390.00 |

B4837743.1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/18 | Leonetti | Conference and email exchanges with C. Donovan regarding options in dealing with demand for additional document production and J. Bullock deposition, including proposed response to Tremonte. | 0.5 | 390.00 |
| 03/08/18 | Leonetti | Review and revising letter to court regarding J. Bullock discovery; email exchanges with C. Donovan, I. Urzhumov regarding same and Bullock accounts. | 0.6 | 468.00 |
| 03/09/18 | Leonetti | Email exchanges with C. Donovan regarding letter to court regarding open issues with J. Bullock discovery; email exchanges with C. Donovan, I. Urzhumov regarding attempt to uncover additional J. Bullock assets. | 0.4 | 312.00 |
| 03/12/18 | Leonetti | Conferences with C. Donovan regarding discovery issues and response to court order. | 0.3 | 234.00 |
| 03/21/18 | Leonetti | Conference with M. Stewart regarding issues with regard to potential attachment of real estate sale proceeds and review memo and analysis with regard to same. | 0.6 | 468.00 |
| 03/28/18 | Leonetti | Review and revising letter to Court regarding motion to compel and email exchanges with C. Donovan regarding same. | 0.3 | 234.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 03/30/18 | Leonetti | Telephone conference and email exchanges with C. Donovan regarding letter to court on discovery dispute and review J. Bullock revisions to same. | 0.6 | 468.00 |
| 04/04/18 | Leonetti | Telephone conference with C. Donovan, I. Urzhumov regarding next steps with regard to J. Bullock discovery and case strategy; review court order on request for motion to compel and email exchange with C. Donovan regarding same. | 0.8 | 624.00 |
| 04/09/18 | Leonetti | Email exchange C. Donovan regarding draft communication to Judge Sullivan and conference with Caroline regarding issues in connection with confidentiality treatment of deposition transcript. | 0.3 | 234.00 |
| | | **Total** | **7.4** | **5,772.00** |

| Work Date | Attorney | Narrative | Hours | Fees |
|---|---|---|---|---|
| 03/27/18 | Bevilacqua | Review and propose revisions to letter to court re discovery deficiencies and confer with I. Urzhumov re same ; emails to/from C. Donovan ; review final draft prepared by C. Donovan. | 1.7 | 918.00 |
| | | **Total** | **1.7** | **918.00** |

B4837743.1

**EXHIBIT 2**

# GregoryEdwards
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

• Remittance Address: 400 Virginia Ave., SW • Suite C 120 • Washington, DC 20024 •



**INVOICE**
GE-FOB  NYC

| Date | Invoice # |
|---|---|
| 3/9/2018 | 112830 |

| Bill To |
|---|
| Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600<br>Attn: Accounts Payable |

| Ship To |
|---|
| Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600<br>Attn: Marcia Feldman |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|---|---|---|---|---|---|
| 020618-AAJ | 4/9/2018 | JN | FolH | Federal Express | In re: App of Gorsoan Ltd |

February 6, 2018 - New York, NY
Deponent: Janna Bullock

Certified original transcript of Janna Bullock

Provide PTX, TXT and PDF transcript files - Fee Waived
Provide minuscript  -  Fee Waived
Rough ASCII provided

Errata sheet preparation and distribution
Secure GE cloud server access (transcripts/exhibits) - Fee Waived

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit.

EIN: 52-2360813

| | |
|---|---|
| **Subtotal** | $2,215.80 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,215.80 |
| **Balance Due** | $2,215.80 |

WASHINGTON, DC ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

EXHIBIT 3

# GregoryEdwards
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

• Remittance Address: 400 Virginia Ave., SW • Suite C 120 • Washington, DC 20024 •



# INVOICE
GE-FOB NYC

| Date | Invoice # |
|---|---|
| 3/9/2018 | 112832 |

| Bill To |
|---|
| Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600<br>Attn: Accounts Payable |

| Ship To |
|---|
| Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600<br>Attn: Marcia Feldman |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|---|---|---|---|---|---|
| 020618-AAJ | 4/9/2018 | JN | FolH | Federal Express | In re: App of Gorsoan Ltd |

February 6, 2018 - New York, NY
Deponent: Janna Bullock
Video Services

Videographer's first two hour appearance fee
Videographer's hourly appearance fee

Video mpegs flat daily rate
English language video synchronization (per video file)

Create master USB - fee waived

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit.

EIN: 52-2360813

| | |
|---|---|
| **Subtotal** | $1,345.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,345.00 |
| **Balance Due** | $1,345.00 |

WASHINGTON, DC ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM