```
 1    I881buld

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------x

 4    In Re Application of GORSOAN
      LIMITED and GAZPROMBANK OJSC
 5    for an Order Pursuant to 28
      U.S.C. 1782 to Conduct
 6    Discovery,

 7                Petitioner,

 8           v.                            17 Civ. 5912
                                                (RJS)
 9    JANNA BULLOCK, RIGROUP LLC,
      STUART ALAN SMITH, ZOE BULLOCK
10    REMMEL,

11                Respondents.          Deposition of
                                         JANNA BULLOCK
12
      ------------------------------x
13                                       New York, N.Y.
                                         August 8, 2018
14                                       9:48 a.m.

15    Before:

16              HON. RICHARD J. SULLIVAN,

17                                  District Judge

18                     APPEARANCES

19    FOLEY HOAG LLP
           Attorneys for Petitioner
20    BY:  CAROLINE S. DONOVAN, ESQ.

21    COOLEY LLP
           Attorneys for Respondents
22    BY:  JONATHAN P. BACH, ESQ.

23    SHER TREMONTE LLP
           Attorneys for Respondents
24    BY:  MICHAEL TREMONTE, ESQ.

25    ALSO PRESENT:  IVAN URZHUMOV, ESQ., FOLEY HOAG LLP
```

1    I881buld

2                IT IS HEREBY STIPULATED AND AGREED, by

3    and between counsel for the respective parties

4    hereto, that the sealing and filing of the

5    within deposition be waived; that such

6    deposition may be signed and sworn to before any

7    officer authorized to administer an oath; that

8    all objections, except as to form, are reserved

9    to the time of trial.

10                            - - - - -

11                THE COURT:  Okay.  Let's take

12   appearances.  For the petitioner?

13                MS. DONOVAN:  Your Honor, good

14   morning.  My name is Caroline Donovan.  I'm here

15   on behalf of petitioner Gorsoan Limited and

16   Gazprombank.  This is my colleague Ivan

17   Urzhumov.

18                THE COURT:  Could you spell the name

19   for me.

20                MS. DONOVAN:  It's U-R-Z-H-U-M-O-V.

21   First name Ivan.

22                THE COURT:  How do you pronounce that?

23                MR. URZHUMOV:  Urzhumov.

24                THE COURT:  Urzhumov.  All right.

25   Good morning to you.

1    I881buld

2                    And for the respondent?

3                    MR. BACH:  Good morning, your Honor,
4    Jonathan Bach on behalf of respondent Janna
5    Bullock.

6                    MR. TREMONTE:  Good morning, your
7    Honor.  Michael Tremonte on behalf of respondent
8    Janna Bullock.

9                    THE COURT:  All right.  Good morning
10   to each of you.

11                   So Mr. Bach, this is your first time
12   in this matter, correct?

13                   MR. BACH:  That is correct, your
14   Honor.

15                   THE COURT:  When did you get into it?

16                   MR. BACH:  I got into it after a
17   conference before your Honor in which the --

18                   THE COURT:  I remember it.  I remember
19   that conference.

20                   MR. BACH:  -- prospect of a potential
21   perjury application was raised.

22                   THE COURT:  Well, I think that there
23   was more to it.  I think I made a finding of
24   contempt, right?  I mean, that the false
25   statements had been made for sure.

1      I881buld

2                 So in any event, we're here today to
3      just basically complete the deposition that was
4      previously started.  It seems, I guess, to make
5      sense to have me here, because otherwise
6      everybody was either running to me in the middle
7      of it or stopping and then writing letters back
8      and forth and the thing was just taking forever,
9      and since it seemed to me that what was going on
10     in the prior deposition was very problematic, I
11     thought it made sense to be here.  So I guess
12     that's why we're here.
13                 And so tell me what you envision
14     happening, how long, and what subjects you plan
15     to cover, Ms. Donovan.
16                 MS. DONOVAN:  Thank you, your Honor.
17     We're prepared to complete the deposition that
18     was started on February 6, 2018.  The subject
19     matters we wish to discuss will be concerning
20     Ms. Bullock's assets, or the likely assets of
21     Ms. Bullock; the transactions that are related
22     to some of the underlying fraud that's the
23     subject of the Cyprus proceeding.  So we can
24     provide more information on the specific assets,
25     or we can do so during the course of the

1    I881buld

2        deposition.  It's up to your Honor.

3                THE COURT:  But you're going to be

4        using documents.  It's going to be like a

5        deposition but it's going to feel more like a

6        trial, because it's in the courtroom on the

7        stand and not at a conference table.

8                MS. DONOVAN:  That's correct.

9                THE COURT:  And how long do you think

10       this will go?

11               MS. DONOVAN:  It depends in part on

12       Ms. Bullock's answers.  Last time took longer

13       than expected for the amount of material we were

14       able to cover.  Four to five hours would be a

15       best guess if all of the questions are answered

16       completely.

17               THE COURT:  Okay.  All right.  So

18       we've got a court reporter, we've got lawyers,

19       we've got the witness.  So is there anything we

20       need to do before we start?

21               MS. DONOVAN:  Not on our end, your

22       Honor.

23               THE COURT:  Mr. Bach?

24               MR. BACH:  Judge, just one question,

25       and that is whether Mr. Urzhumov is admitted to

1  I881buld

2       practice before any bar in the United States.

3              THE COURT:  That's a fair question.

4              Go ahead.

5              MS. DONOVAN:  So Mr. Urzhumov is not

6       admitted to practice in the US.  He's a foreign

7       lawyer, but he's participating in the deposition

8       as a foreign lawyer at Foley and as one would be

9       able to do were this deposition being convened

10      outside the courtroom.

11             THE COURT:  Okay.  And so he's with

12      your firm?

13             MS. DONOVAN:  That's correct.  He's

14      with Foley's office in Paris.

15             THE COURT:  And so he's involved in

16      the Cyprus action.

17             MS. DONOVAN:  He's involved with the

18      other matters, the other proceedings related to

19      Ms. Bullock's testimony and the documents that

20      we've been collecting for the past couple of

21      years.

22             THE COURT:  Okay.

23             MR. BACH:  Judge, we have no objection

24      to Mr. Urzhumov being present during the

25      proceedings, but we would object to his

```
 1   I881buld
 2        participation since he's not admitted to
 3        practice.
 4                THE COURT:  So he can't ask direct
 5        questions, you mean.
 6                MR. BACH:  Correct.
 7                THE COURT:  So Ms. Donovan will ask
 8        the questions but he can whisper in her ear.
 9                MS. DONOVAN:  We're agreed.
10                THE COURT:  Okay.
11                MR. TREMONTE:  Your Honor?
12                THE COURT:  Yes.
13                MR. TREMONTE:  May I approach on a
14        purely personal matter unrelated to the case,
15        just half a minute of the Court's time.
16                THE COURT:  Sure.  On the record?
17                MR. TREMONTE:  No, no, your Honor.
18        Completely off the record.  Just with your
19        Honor.
20                THE COURT:  Are you guys comfortable
21        with this?
22                MS. DONOVAN:  That's fine.
23                THE COURT:  Okay.
24                (Discussion off the record)
25                THE COURT:  Okay.  We just had a brief
```

```
 1   I881buld                       Bullock
 2       discussion about a scheduling matter.
 3                  Okay.  So should we bring up
 4       Ms. Bullock?  Ms. Bullock, why don't you come on
 5       up.
 6                  Just remain standing and raise your
 7       right hand.
 8                  (Witness sworn)
 9                  THE COURT:  All right.  Just answer
10       the questions put to you by the lawyers.  And if
11       there's any dispute about what you should do,
12       then I'll resolve those disputes.
13                  Okay.  Go ahead, Ms. Donovan.
14   JANNA BULLOCK,
15        called as a witness by the Petitioner,
16        having been duly sworn, testified as follows:
17   EXAMINATION CONTINUED
18   BY MS. DONOVAN:
19       Q.   Could you please state your name for
20       the record.
21       A.   Janna Bullock.
22       Q.   Could you please spell that name.
23       A.   J-A-N-N-A, B-U-L-L-O-C-K.
24       Q.   Have you ever been known by any other
25       name?
```

1      I881buld                Bullock

2           A.    It was the same name, same last name
3      as I stated before; it was a different spelling.
4           Q.    And what was that spelling?
5           A.    B-U-L-A-K-H.
6           Q.    Ms. Bullock, can you please state your
7      address for the record.
8           A.    120 East 87th Street, New York, New
9      York 10128.
10          Q.    Ms. Bullock, do you recall we began
11     your deposition in this matter on February 6,
12     2018?
13          A.    On the advice of counsel, I invoke my
14     constitutional right not to be a witness against
15     myself and respectfully decline to answer your
16     question.
17          Q.    Ms. Bullock, at the deposition on
18     February 6, 2018, do you recall that you were
19     sworn in by a court reporter in the same way
20     that you were just sworn in?
21          A.    On the advice of counsel, I invoke my
22     constitutional right not to be a witness against
23     myself and respectfully decline to answer your
24     question.
25          Q.    And at that deposition, you agreed to

1    I881buld                    Bullock

2    provide truthful answers to my questions.
3        A.    On the advice of counsel, I invoke my
4    constitutional right not to be a witness against
5    myself and respectfully decline to answer your
6    question.
7        Q.    And on February 6, 2018, you
8    understood that the answers you gave were under
9    the pains and penalties of perjury, is that
10   correct?
11       A.    On the advice of counsel, I invoke my
12   constitutional right not to be a witness against
13   myself and respectfully decline to answer your
14   question.
15       Q.    And you testified that nothing would
16   interfere with your ability to give truthful
17   testimony in this matter, is that correct?
18       A.    On the advice of my counsel, I invoke
19   my constitutional right not to be a witness
20   against myself and respectfully decline to
21   answer your question.
22            THE COURT:  I mean, Mr. Bach, do you
23   intend to allow this witness to answer any
24   questions?
25            MR. BACH:  Probably not.

2          Q.   Ms. Bullock, have you filed any
3      affidavit with the Cyprus court?
4          A.   On the advice of my counsel, I invoke
5      my constitutional right not to be a witness
6      against myself and respectfully decline to
7      answer your question.
8          Q.   Ms. Bullock, have you filed an
9      affidavit with the Cyprus court disclosing all
10     assets exceeding 10,000 euros?
11         A.   On the advice of my counsel, I invoke
12     my constitutional right not to be a witness
13     against myself and respectfully decline to
14     answer your question.
15         Q.   And Ms. Bullock, you've not filed such
16     an affidavit in this litigation, have you?
17         A.   On the advice of my counsel, I invoke
18     my constitutional right not to be a witness
19     against myself and respectfully decline to
20     answer your question.
21         Q.   Ms. Bullock, you're familiar with the
22     property at 210 Meadow Lane?
23         A.   On the advice of my counsel, I invoke
24     my constitutional right not to be a witness
25     against myself and respectfully decline to

1      I881buld                    Bullock

2           answer your question.

3           Q.    Ms. Bullock, you lived at the property

4      at 210 Meadow Lane, is that correct?

5           A.    On the advice of my counsel, I invoke

6      my constitutional right not to be a witness

7      against myself and respectfully decline to

8      answer your question.

9           Q.    Ms. Bullock, you paid taxes on the

10     property at 210 Meadow Lane, correct?

11          A.    On the advice of my counsel, I invoke

12     my constitutional right not to be a witness

13     against myself and respectfully decline to

14     answer your question.

15          Q.    Ms. Bullock, your children lived with

16     you at times at the house at 210 Meadow Lane, is

17     that correct?

18          A.    On the advice of my counsel, I invoke

19     my constitutional right not to be a witness

20     against myself and respectfully decline to

21     answer your question.

22          Q.    And Ms. Bullock, you're aware that at

23     your deposition on February 6, 2018, you

24     testified that you were a housekeeper,

25     effectively, for the house at 210 Meadow Lane?

1   I881buld                     Bullock

2               MR. BACH:  Object to the form of the
3      question.
4          A.   On the advice of my counsel, I invoke
5      my constitutional right not to be a witness
6      against myself and respectfully decline to
7      answer your question.
8          Q.   Do you recall that you provided
9      testimony about the property at 210 Meadow Lane
10     at the deposition on February 6, 2018?
11              MR. BACH:  Object to the form of the
12     question.
13         A.   On the advice of my counsel, I invoke
14     my constitutional right not to be a witness
15     against myself and respectfully decline to
16     answer your question.
17         Q.   Ms. Bullock, you have full use of the
18     property at 210 Meadow Lane, is that correct?
19         A.   On the advice of my counsel, I invoke
20     my constitutional right not to be a witness
21     against myself and respectfully decline to
22     answer your question.
23         Q.   And Ms. Bullock, you've hosted parties
24     at the house at 210 Meadow Lane, correct?
25         A.   On the advice of my counsel, I invoke

```
 1    I881buld                     Bullock

 2         my constitutional right not to be a witness
 3         against myself and respectfully decline to
 4         answer your question.
 5              Q.    Ms. Bullock, you're the beneficial
 6         owner of the house at 210 Meadow Lane?
 7              A.    On the advice of my counsel, I invoke
 8         my constitutional right not to be a witness
 9         against myself and respectfully decline to
10         answer your question.
11              Q.    Ms. Bullock, are you familiar with the
12         Landmark Trust?
13              A.    On the advice of my counsel, I invoke
14         my constitutional right not to be a witness
15         against myself and respectfully decline to
16         answer your question.
17              Q.    And you're familiar with a lawyer
18         named Madeleine Fabre, is that correct?
19              A.    On the advice of my counsel, I invoke
20         my constitutional right not to be a witness
21         against myself and respectfully decline to
22         answer your question.
23              Q.    And Ms. Bullock, you're aware that
24         Ms. Fabre was the trustee of the Landmark Trust?
25              A.    On the advice of my counsel, I invoke
```

1    I881buld                    Bullock

2         my constitutional right not to be a witness
3         against myself and respectfully decline to
4         answer your question.
5              Q.    And Hotel Pralong and Hotel Crystal
6         are located in Courchevel in France, correct?
7              A.    On the advice of my counsel, I invoke
8         my constitutional right not to be a witness
9         against myself and respectfully decline to
10        answer your question.
11                  MS. DONOVAN:  Could you please mark
12        this as Exhibit 33.
13                  (Exhibit 33 marked for identification)
14             Q.    Please take a moment and review
15        Exhibit 33.
16                  Ms. Bullock, do you recognize
17        Exhibit 33?
18             A.    On the advice of my counsel, I invoke
19        my constitutional right not to be a witness
20        against myself and respectfully decline to
21        answer your question.
22             Q.    Now, Ms. Bullock, Exhibit 33 is your
23        verified complaint against Giancarlo Alhadeff,
24        correct?
25             A.    On the advice of my counsel, I invoke

2         my constitutional right not to be a witness
3         against myself and respectfully decline to
4         answer your question.
5              Q.    And this is a lawsuit you filed
6         against Giancarlo Alhadeff in 2012 in state
7         court, New York?
8              A.    On the advice of my counsel, I invoke
9         my constitutional right not to be a witness
10        against myself and respectfully decline to
11        answer your question.
12             Q.    And if you turn to the page, the last
13        page, which is No. 10, that's your signature
14        under the verification, correct?
15             A.    On the advice of my counsel, I invoke
16        my constitutional right not to be a witness
17        against myself and respectfully decline to
18        answer your question.
19             Q.    And you understood that in verifying
20        this complaint, you were swearing to the truth
21        of its statements, correct?
22             A.    On the advice of my counsel, I invoke
23        my constitutional right not to be a witness
24        against myself and respectfully decline to
25        answer your question.

2          Q.    And that one of those statements was
3    that you, the plaintiff, have been the
4    beneficial owner and sole shareholder of a
5    number of hotel operating companies throughout
6    the world, including hotels in France and
7    Russia, is that correct?
8          A.    On the advice of my counsel, I invoke
9    my constitutional right not to be a witness
10   against myself and respectfully decline to
11   answer your question.
12         Q.    You have been the beneficial owner and
13   sole shareholder of a number of hotel operating
14   companies, correct?
15         A.    On the advice of my counsel, I invoke
16   my constitutional right not to be a witness
17   against myself and respectfully decline to
18   answer your question.
19         Q.    And one of those hotel operating
20   companies is Societe des Hotels D'Altitude, is
21   that correct?
22         A.    On the advice of my counsel, I invoke
23   my constitutional right not to be a witness
24   against myself and respectfully decline to
25   answer your question.

1    I881buld                    Bullock

2         Q.   And the Societe des Hotels D'Altitude
3    owns the Hotel Pralong and the Hotel Crystal,
4    correct?
5         A.   On the advice of my counsel, I invoke
6    my constitutional right not to be a witness
7    against myself and respectfully decline to
8    answer your question.
9              MS. DONOVAN:  Could you please mark
10   this as Exhibit 34.
11             (Exhibit 34 marked for identification)
12        Q.   Please take a moment and review
13   Exhibit 34.
14             Ms. Bullock, are you familiar with
15   Exhibit 34?
16        A.   On the advice of my counsel, I invoke
17   my constitutional right not to be a witness
18   against myself and respectfully decline to
19   answer your question.
20        Q.   And Ms. Bullock, Exhibit 34 is a sale
21   and purchase agreement between Societe des
22   Hotels D'Altitude, Solferino Development, and
23   RIGroup LLC, correct?
24        A.   On the advice of my counsel, I invoke
25   my constitutional right not to be a witness