AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: Application of Gorsoan Limited, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17−cv−05912−RJS |
| Janna Bullock, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gorsoan Limited and Gazprombank OJSC.

Date: 06/04/2020

*Attorney's signature*

Warren E. Gluck - 4701421
*Printed name and bar number*

Holland & Knight LLP
31 W 52nd St 12th floor
New York, NY 10019
*Address*

Warren.Gluck@hklaw.com
*E-mail address*

(212) 513-3396
*Telephone number*

(212) 341-7152
*FAX number*