UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of GORSOAN LIMITED and GAZPROMBANK OJSC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | No. 17-cv-5912 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The parties shall submit a joint letter by September 28, 2020, setting forth their positions as to the next steps required in this matter and whether it can be closed.

SO ORDERED.

Dated:    September 23, 2020
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation