# Dylan Dawson

| | |
|---|---|
| **From:** | Donovan, Caroline <cdonovan@foleyhoag.com> |
| **Sent:** | Monday, June 29, 2020 4:28 PM |
| **To:** | Jonathan Bach |
| **Cc:** | Leonetti, Ken; mtremonte@shertremonte.com; mcuccaro@shertremonte.com; Julian S. Brod |
| **Subject:** | RE: [EXTERNAL] RE: Gorsoan/Bullock |

Jonathan, I can confirm the scope of the search and I'm calling you now to provide wire information and discuss an extension.

Best, Caroline

---

**From:** Jonathan Bach <jbach@shapiroarato.com>
**Sent:** Monday, June 29, 2020 2:36 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>
**Cc:** Leonetti, Ken <KSL@foleyhoag.com>; mtremonte@shertremonte.com; mcuccaro@shertremonte.com; Julian S. Brod <jbrod@shapiroarato.com>
**Subject:** Re: [EXTERNAL] RE: Gorsoan/Bullock

Hi Caroline:

Just wanted to respond to your email below and make sure we are agreed on everything going forward. I never heard from you on the wire information, but I'm around for the next day or so if you want to call or send it to me.

Per your request, assuming we are agreed on everything else, we can add "landmark" to the list of search terms to run through the two collected email accounts.

For purposes of our searches, we plan to use the start date Gorsoan identified in the protocol it proposed to the Court: August 8, 2012.

Can you please confirm, per this entire email chain, that we are now agreed on the scope of the search? Namely that we will use the agreed upon list of terms (as attached to my earlier email), plus "Landmark," to locate potentially responsive documents in the two accounts as collected by Sher Tremonte, with the start date identified above?

Separately, I will need more time, so the sooner you can let me know if your client approves, the better.

Thanks,

Jonathan



Jonathan P. Bach

**Shapiro Arato Bach LLP**

500 Fifth Avenue, 40th Floor, New York, NY 10110
tel: 212-257-4897 | main: 212-257-4880

jbach@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**From:** "Donovan, Caroline" <cdonovan@foleyhoag.com>
**Date:** Thursday, June 25, 2020 at 4:39 PM
**To:** Jonathan Bach <jbach@shapiroarato.com>
**Cc:** "Leonetti, Ken" <KSL@foleyhoag.com>, Michael Tremonte <MTremonte@shertremonte.com>, "mcuccaro@shertremonte.com" <MCuccaro@shertremonte.com>, Julian Brod <jbrod@shapiroarato.com>
**Subject:** [EXTERNAL] RE: Gorsoan/Bullock


Jonathan, now sending this to your current email.

Best, Caroline

---

**From:** Donovan, Caroline
**Sent:** Thursday, June 25, 2020 4:36 PM
**To:** 'Bach, Jonathan' <jbach@cooley.com>
**Cc:** Leonetti, Ken <KSL@foleyhoag.com>; 'mtremonte@shertremonte.com' <mtremonte@shertremonte.com>; 'mcuccaro@shertremonte.com' <mcuccaro@shertremonte.com>; Julian S. Brod <jbrod@shapiroarato.com>
**Subject:** RE: Gorsoan/Bullock

Jonathan,

Nice to speak with you as well. I can confirm that the attached documents govern as far as the Protective Order. Also, we're agreed that the list of search terms you provided covers the protocol as memorialized in the email of August 5, 2018 (Dkt. No. 55 at 222), subject to the following: The Court had previously ordered that Bullock produce all documents concerning the Landmark Trust (Dkt. No. 44), so could you please ensure that all of those documents are included among the documents searched and produced.

We have inquired of our client about a modest extension (potentially involving a rolling production starting on or before July 15), so I will let you know once I hear back. In the meantime, I will call you tomorrow to provide you with the firm's wire information for payment of the awarded fees and costs.

Best,
Caroline

**Caroline S. Donovan** | **Partner**
Pronouns: she, her, hers



Seaport West | 155 Seaport Boulevard | Boston, Massachusetts 02210-2600
617 832 1165 direct | 617 832 1000 main
cdonovan@foleyhoag.com | www.foleyhoag.com

**Connect with Me on LinkedIn®** | **Follow Our White Collar and Government Investigations Blog**

**Foley Hoag COVID-19 Task Force**

---

**From:** Jonathan Bach <jbach@shapiroarato.com>
**Sent:** Wednesday, June 24, 2020 3:59 PM
**To:** Donovan, Caroline <cdonovan@foleyhoag.com>
**Cc:** Michael Tremonte <mtremonte@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Julian S. Brod <jbrod@shapiroarato.com>
**Subject:** Gorsoan/Bullock

Caroline:

Good to talk to you this morning. I write to confirm what we agreed upon:

1. The attached protective order, dated December 23, 2016, applies (see two related documents).

2. We will apply the search terms as agreed by email on August 5, 2018, in searching for potentially responsive materials. I have attached a list of those terms for ease of reference. We will apply those search terms to the email accounts janna@jannabullock.com and jannabullock@aol.com as collected by the Sher Tremonte firm on November 17, 2016. Per your request, I have confirmed that Sher Tremonte instructed its forensic vendor at that time to image the full accounts.

3. We do not anticipate asserting a Fifth Amendment privilege.

As we also discussed, I will likely need more time to comply with the judge's order. Among other things, I am flying to Los Angeles on June 30 for an arbitration that is currently scheduled to end July 15. I intend to get the process up and running in the meantime and to move as quickly as possible, but I think it is inevitable we will need more time. Please let me know if you will agree to extend the deadline. Thanks,

Jonathan



Jonathan P. Bach
Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor, New York, NY 10110
tel: 212-257-4897 | main: 212-257-4880

jbach@shapiroarato.com
www.shapiroarato.com

Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.