UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of GORSOAN LIMITED and GAZPROMBANK OJSC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

No. 17-cv-5912 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a joint letter submitted by the parties on October 13, 2020, in which Petitioners request that the Court order Janna Bullock to produce, among other things, (i) "account statements" from six banks at which "Bullock appears to have held multiple accounts" (Doc. No. 78 at 3), and (ii) documents "concerning a maximum of 20 assets and/or payment obligations implicated by" Bullock's recent productions (*id.* at 4).  IT IS HEREBY ORDERED THAT no later than November 10, 2020, Petitioners shall submit to the Court a list of the six banks and the specific assets and/or obligations that their discovery requests concern.  Bullock may submit a response to Petitioners' request by November 13, 2020.

SO ORDERED.

Dated:      November 7, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation