# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Jonathan N. Halpern
+1 212-513-3512
Jonathan.Halpern@hklaw.com

November 11, 2020

**VIA ECF AND EMAIL**

CA02_RJSChambers@ca2.uscourts.gov

Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York  10007

    Re: *In re: Application of Gorsoan Limited, et al.*
       **(Case No. 17-cv-5912)**

Dear Judge Sullivan:

Petitioners Gazprombank OJSC and Gorsoan Limited (together, "Gorsoan" or "Petitioners") respectfully submit this letter in connection with the Court's Order, dated November 7, 2020, directing Gorsoan to submit to the Court a list of the six banks and the specific assets and/or payment obligations that the Petitioners' discovery requests concern. The following is a list of the subject six banks and, separately, assets and/or obligations about which Petitioners seek supplemental account or other discovery, in accordance with their letters dated October 13, 2020 (Doc. No. 78) and October 20, 2020 (Doc. No. 80).

Banks:

- Coutts
- HSBC
- Citibank
- Saanen
- JP Morgan Chase
- CIC

Specific Assets and/or Payment Obligations:

- Crystal Hotel
- Pralong Hotel

Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
November 10, 2020
Page 2

- Societe des Hotels d'Altitudes, S.A. (SHA)

<u>Specific Assets and/or Payment Obligations (continued):</u>

- Petit Mas, St. Tropez, France
- 120 East 87 Street, RPH2A, New York, NY
- 12 East 82 Street, New York, NY
- 14 East 82 Street, New York, NY
- 34 East 62 Street, New York, NY
- 210 Meadow Lane, Southampton, NY
- 2170 Meadow Lane, Southampton, NY
- My Tzarina
- Chalet Santa Maria, Gstaadt, Switzerland
- 73 quai d'Orsay, Paris, France
- Rolls Royce Cloud 1
- Bentley
- Porsche
- Tuition payments for E. Bullock

    Respectfully submitted,

<u>/s/ Jonathan N. Halpern</u>
Warren E. Gluck
Jonathan N. Halpern
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3512
Fax: (212) 385-9010
jonathan.halpern@hklaw.com
warren.gluck@hklaw.com

<u>/s/ Caroline S. Donovan</u>
Kenneth S. Leonetti
Caroline S. Donovan
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1165

Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
November 10, 2020
Page 3

                                                                       Fax: (617) 832-7000
                                                                       kleonetti@foleyhoag.com
                                                                       cdonovan@foleyhoag.com

                                                                       *Counsel for Petitioners Gorsoan Limited and Gazprombank SJC*

cc:      ECF Counsel (via ECF)