UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of GORSOAN LIMITED and GAZPROMBANK OJSC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | No. 17-cv-5912 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On November 23, 2020, the Court ordered Janna Bullock to produce various categories of documents to Petitioners Gazprombank OJSC and its assignee Gorsoan Limited (together, "Gorsoan") within 30 days, and to sit for a deposition 30 days after her remaining production obligations are completed. (Doc. No. 88 at 8–10.) On December 23, 2020, Bullock submitted a letter to the court, indicating that she has produced the majority of the documents identified in the Court's November 2020 order, with the exception of certain foreign language documents held by Bullock's Swiss counsel. (Doc. No. 91.) With respect to those documents, Bullock explained that her position was that they fall beyond the scope of discovery in this action. (*Id.* at 2–3.) In the weeks since Bullock submitted her letter, Gorsoan has not filed a response, nor has it sought to compel production of these foreign documents. Accordingly, the Court concludes that Bullock has satisfied her production obligations. The Court thus expects that the parties are prepared to go forward with Bullock's deposition by January 22, 2021, as ordered. In addition, as previously indicated, the Court will make itself available to the parties during that deposition so that it can timely resolve any disputes that arise over Bullock's Fifth Amendment privilege.

SO ORDERED.

Dated:   January 12, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation